UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Elliott Holly, | Civil 06-1394 JMR/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Hennepin County, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated June 26, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's motion for appointment of counsel [#4] and to "remove judges," [#8] is DENIED; and

2. This action is SUMMARILY DISMISSED WITHOUT PREJUDICE.


DATED: August 9, 2006.            s/James M. Rosenbaum
at Minneapolis, Minnesota         CHIEF JUDGE JAMES M. ROSENBAUM
                                  United States District Court